IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE CINCINNATI INSURANCE
COMPANY,                                                   Case No. 1:24-cv-00579-SMD-JMR

        Plaintiff,

  v.

SIRI SINGH SAHIB CORPORATION
INC., ET AL.,

        Defendants.

## JOINT STATUS REPORT

Pursuant to this Court's March 24, 2025 Order, the parties submit this joint report regarding the status of settlement.

Since the March 24, 2025 status conference, the parties have exchanged and commented on drafts of a written settlement agreement. The parties are working toward finalizing the settlement terms. The parties request that this Court continue to vacate the pending deadlines for an additional fourteen days so that the parties may focus on their settlement efforts.

Dated: April 7, 2025        Respectfully submitted:

*COUNSEL FOR PLAINTIFF*

By: /s/ Nancy K. Tordai
Nancy K. Tordai (admitted *pro hac vice*)
Peters & Nye LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
847-423-0353
nancytordai@petersnye.com

Nicholas Govea
Lewis Brisbois Bisgaard & Smith, LLP
8801 Horizon Blvd., N.E., Suite 300
Albuquerque, NM 87113
505-828-3600
Email: nick.govea@lewisbrisbois.com

*COUNSEL FOR DEFENDANTS*

Paul A. Mockford (admitted *pro hac vice)*
Paternoster Farnell & Grein, LLP
1030 SW Morrison Street
Portland, OR 97205
(503) 222-1812
Email: pmockford@pfglaw.com

David M Houliston
The Law Offices of David M. Houliston
4801 Lang Avenue NE
Suite 205
Albuquerque, NM 87109
505-247-1223
Fax: 505-214-5204
Email: david@houlistonlaw.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 7th day of April, 2025, I filed the foregoing pleading electronically through the CM/ECF filing system, which caused counsel of record to be served by electronic means through the CM/ECF filing system.

                                */s/ Nancy K. Tordai*
                                Nancy K. Tordai
                                *Admitted pro hac vice*

                                *One of the counsel for*
                                *The Cincinnati Insurance Company*